IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN ACKERBERG, | No. C 12-03484 SI |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| CITICORP USA, INC., *et al.*, | |
| Defendants. / | |

On October 16, 2012, the Court granted defendants' motion to compel arbitration; ordered the matter to be resolved through arbitration; and stayed the pending action.

Neither party has contacted the Court since that time. Accordingly, **the parties are ORDERED to file a Joint Status Report, on or before December 13, 2013**, informing the Court of the status of the arbitration proceedings and when/whether they anticipate the matter returning to federal court for further proceedings.

**IT IS SO ORDERED.**

Dated: December 3, 2013

SUSAN ILLSTON
United States District Judge