GRANTED

*Susan Illston*
Judge Susan Illston

1  JEFFREY A. TOPOR (SBN 195545)
   jtopor@snllp.com
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625

5
   Attorneys for defendants
6  Citicorp USA, Inc.,
   Citicorp North America, Inc., and
7  Citicorp Credit Services, Inc. (USA)

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13  SUSAN ACKERBERG,                )  CASE NO.: 12-cv-03484-SI
                                    )
14          Plaintiff,               )
                                    )
15       vs.                         )  **STIPULATED REQUEST FOR**
                                    )  **DISMISSAL**
16  CITICORP USA, INC., CITICORP    )
    NORTH AMERICA, INC.,            )
17  CITICORP CREDIT SERVICES,       )
    INC. (USA); and DOES 1-50, et al.,)
18                                  )
                                    )
19          Defendants.              )  The Honorable Susan Illston
                                    )
20  _____  )

21

22

23

24

25

26

27

28

---

ACKERBERG V. CITICORP USA, INC., ET AL. (CASE NO. 12-cv-03484-SI)
STIPULATED REQUEST FOR DISMISSAL

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Susan
2  Ackerberg and Defendants Citicorp USA, Inc., Citicorp North America, Inc. and
3  Citicorp Credit Services, Inc. (USA) stipulate that the Claims asserted by Plaintiff in
4  the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to
5  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees
6  and costs.

8  IT IS SO STIPULATED.

10  DATED:  January 10, 2014           SIMMONDS & NARITA LLP
                                       JEFFREY A. TOPOR

13                                     By:   /s Jeffrey A. Topor
                                             Jeffrey A. Topor
                                             Attorneys for defendants
14                                           Citicorp USA, Inc.,
                                             Citicorp North America, Inc., and
15                                           Citicorp Credit Services, Inc. (USA)

17  DATED:  January 10, 2014           LAW OFFICE OF WALLACE FRANCIS
                                       Wallace Francis

20                                     By:   s/Wallace Francis
                                             Wallace Francis
                                             Attorney for plaintiff Susan Ackerberg